IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   2:12-cr-04044-FJG-5 |
| | ) | |
| Victor Hugo De La Roza-Garza, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #212 filed on January 30, 2014), to which no objection has been filed, the plea of guilty to Count 2 of the Indictment which was filed on June 27, 2012, is now accepted.   Defendant is adjudged guilty of such offense(s).   Sentencing will be set by subsequent order of the court.

                                                   /s/ Fernando J. Gaitan, Jr.
                                                 Fernando J. Gaitan, Jr.
                                                 United States District Judge

Dated:   February 19, 2014
Kansas City, Missouri